UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK (Central Islip)

| | |
|---|---|
| JARRET R. JENKINS,<br><br>      Plaintiff,<br><br>vs.<br><br>CAVALRY PORTFOLIO SERVICES, LLC,<br><br>      Defendant. | Civil Action No. 15-cv-3611 |

<u>**NOTICE OF REMOVAL OF**</u>
<u>**CIVIL ACTION FROM STATE COURT**</u>

**TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

Defendant, CAVALRY PORTFOLIO SERVICES, LLC (hereinafter "Cavalry"), by and through their undersigned attorney, respectfully represents as follows:

1. Cavalry is the Defendant in the above entitled action..

2. On or about June 1, 2015, the above entitled action was commenced, by the filing of a Civil Action against Defendant in the District Court of the County of Nassau, First District Court, Civil Part, Index No. CV-007980-15 (the "State Court Action"), and is now pending therein. *A true and correct copy of the Civil Complaint is attached and marked as **Exhibit A***.

3. The State Court Action seeks, *inter alia*, the following relief: monetary and statutory damages for violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. (*See Exhibit A*).

4. This Court has original jurisdiction over the above entitled action pursuant to 28 U.S.C. §1331, as it involves a federal question with regards to the alleged violations of the Fair

Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*.  Thus, this action must therefore be removed to this Court pursuant to 28 U.S.C. §1441(a).  Furthermore, this Court will have pendent jurisdiction over any other state claims that may be asserted by the Plaintiff.

5. This notice is timely filed with the Court within thirty (30) days after service of the Summons and Complaint on the removing parties in the above entitled action pursuant to 28 U.S.C. §1446(b) as the Complaint was received by Cavalry on June 2, 2015.

6. This removal is made without waiving any jurisdictional or other defenses including the defense of improper service.

7. Attached hereto as ***Exhibit "B"*** is a true copy of the Notice of Filing of Removal which was sent to all other parties on this date.

8. Attached are the following process, pleadings and orders served upon Defendant in this action which are known to me:

    a. Plaintiff's Summons and Complaint – Exhibit "A".

WHEREFORE, Defendants Cavalry Portfolio Services, LLC respectfully requests that the above entitled action be removed from the District Court of the County of Nassau, First District Court, Civil Part.

    Respectfully submitted,
**MAURICE WUTSCHER, LLP**

**/s/ Thomas R. Dominczyk**
Thomas R. Dominczyk, Esq.
Attorney for Cavalry Portfolio Services, LLC
5 Walter E. Foran Boulevard
Suite 2007
Flemington, NJ  08822
(908) 237-4550
(908) 237-4551 fax
tdominczyk@mauricewutscher.com

Date: June 19, 2015