WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.

UNITED STATES POSTAL SERVICE

**EXPRESS MAIL**

Flat Rate
Mailing Envelope

For Domestic and International Use

Visit us at usps.com

EK 468082539US

UNITED STATES POSTAL SERVICE

PRIORITY ★ MAIL ★ EXPRESS

AMOUNT
$19.99
0011950B-01

When used internationally
affix customs declarations
(PS Form 2976, or 2976A).

Please recycle.

USPS packaging products have been
awarded Cradle to Cradle Certification
for their ecologically-intelligent design.
For more information go to
mbdc.com/usps

EP13F